IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM D. SNYDER,

Appellant,

v.

JUDITH A. SNYDER,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3866

Opinion filed December 9, 2014.

An appeal from the Circuit Court for Levy County.
Ysleta W. McDonald, Judge.

William D. Snyder, pro se, Appellant.

Judith A. Snyder, pro se, Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., VAN NORTWICK, and SWANSON, JJ., CONCUR.